# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **2:18-cr-249-LSC-JHE** |
| | ) |
| **SARAH PAULINE MORRIS** | ) |

# MOTION TO FILE DOCUMENT UNDER SEAL

COMES NOW the United States of America, by and through its counsel, Jay E. Town, United States Attorney for the Northern District of Alabama, and R. Leann White, Assistant United States Attorney, and moves the Court for permission to file a certain document under seal.

Respectfully submitted this the 9th day of August, 2019.

                                                    JAY E. TOWN  
                                                    United States Attorney


                                                    */s/ R. Leann White*  
                                                    R. LEANN WHITE  
                                                    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed using the Court's CM/ECF system and that a copy of the same has been served upon counsel for the defendant via the same system on this the 9th day of August, 2019.

*/s/ R. Leann White*
R. LEANN WHITE
Assistant United States Attorney